PHILLIP A. TALBERT
Acting United States Attorney
AUDREY B. HEMESATH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Email: Audrey.Hemesath@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| SAKINDER SINGH MANN, | ) | Case No.: 2:16-cv-845 MCE AC |
| Plaintiff, | ) | |
| v. | ) | **Joint Stipulation and Order Re: Dismissal** |
| MONICA TORO, et. al, | ) | |
| Defendants. | ) | |

Plaintiff's application has now been adjudicated, and the parties agree to dismissal of this action in its entirety, each side to bear its own costs of litigation.

///
///
///
///
///
///
///
///
///

1

Dated: June 9, 2016                              Respectfully submitted,

                                                PHILLIP A. TALBERT
                                                Acting United States Attorney

                                                /s/ Audrey B. Hemesath
                                                AUDREY B. HEMESATH
                                                Assistant U.S. Attorney

                                                /s/ Sarah Castello
                                                SARAH CASTELLO
                                                Counsel for Plaintiff

## ORDER

Pursuant to the foregoing stipulation, this action is dismissed in its entirety.  Each party shall bear its own costs of litigation.  The Clerk of Court is directed to close the case.

    IT IS SO ORDERED.

Dated:  June 13, 2016

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE